BEAM, Circuit Judge,
concurring specially.
I concur in the result reached in Judge John R. Gibson’s opinion in this matter. I agree completely with the portions dealing with Hale’s hearsay and confrontation contentions. I also agree that Hale’s possession of the particular weapons at issue in this case is not protected by the Second Amendment. I disagree, however, that Cases v. United States, 131 F.2d 916 (1st Cir.1942); United States v. Warin, 530 F.2d 103 (6th Cir.1976); United States v. Oakes, 564 F.2d 384 (10th Cir.1977) and United States v. Nelson, 859 F.2d 1318 (8th Cir.1988) properly interpret the Constitution or the Supreme Court’s holding in United States v. Miller, 307 U.S. 174, 59 S.Ct. 816, 83 L.Ed. 1206 (1939) insofar as they say that Congress has the power to prohibit an individual from possessing any type of firearm, even when kept for lawful purposes. Judge Gibson’s opinion seems to adopt that premise and with that holding, I disagree.